David J. Linden
Attorney at Law
CSBN 41221
Post Office Box 5780
Napa, CA 94581
Tel. (707) 252-7007
Fax. (707) 252-7883
Email: david@lindenlaw.net
Attorney for Plaintiff, Jerald E. Holcomb

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JERALD E. HOLCOMB, | ) Case No. 2:17-cv-02268-CKD |
| Plaintiff, | ) STIPULATION AND (PROPOSED) ORDER EXTENDING PLAINTIFF'S TIME TO FILE PLAINTIFF'S MOTION AND MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, Defendant | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and subject to the approval of the Court, that the plaintiff's time to file his Motion and Memorandum in Support of Motion for Summary Judgment herein is hereby extended for a period of 13 days, from Thursday, April 12, 2018, to Wednesday, April 25, 2018.

This extension request is due to workload demands on attorney Ralph Wilborn, who is assisting plaintiff's counsel.

//

Holcomb v. Berryhill, Case 2:17-cv-02268-CKD, Stipulation and Order Extending

Plaintiff's Time to File His Motion for Summary Judgment - 1

Dated: April 10, 2018         /s/ David J. Linden
                              DAVID J. LINDEN
                              Attorney at Law
                              Attorney for Plaintiff


                              MCGREGOR SCOTT
                              United States Attorney


Dated: April 10, 2018    by:  /s/ Michael K. Marriott
                              MICHAEL K. MARRIOTT
                              Special Assistant United States Attorney
                              Attorneys for Defendant
                              [Authorized via electronic mail 04/06/2018]]


PURSUANT TO STIPULATION IT IS SO ORDERED.


Dated: April 10, 2018
                              _____
                              CAROLYN K. DELANEY
                              UNITED STATES MAGISTRATE JUDGE

//
//
//
//
//
//
//