MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (415) 977-8985
   Facsimile: (415) 744-0134
   E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JERALD E. HOLCOMB,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:17-cv-02268-KJM-CKD<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE HER MSJ** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 10 days to file her MSJ. Defendant respectfully requests this extension of time because the undersigned has an extremely heavy workload accumulated from the undersigned's lengthy vacation to Taiwan, including three other district court merits briefs due this week.

Stip. to Extend Def.'s MSJ

The new due date for Defendant's MSJ will be Thursday, July 5, 2018.

Respectfully submitted,

Date: *June 25, 2018*  LINDEN LAW

By: */s/ David J. Linden\**
DAVID J. LINDEN
*\* By email authorization on June 25, 2018*
Attorney for Plaintiff

Date: *June 25, 2018*  MCGREGOR W. SCOTT
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED:

Dated: June 26, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE