UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERALD E. HOLCOMB,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　Defendant. | No.  2:17-cv-002268 KJM CKD (SS)<br><br><br>ORDER |

　　　　In 2017, plaintiff filed this action, which resulted in a judgment for defendant in 2019. (ECF Nos. 1 & 31.) Plaintiff appealed the district court's decision affirming the Commissioner of Social Security's denial of his application for supplemental security under Title XVI of the Social Security Act. (ECF No. 33.)

　　　　On December 28, 2020, the United States Court of Appeals for the Ninth Circuit issued a memorandum reversing the district court's decision. (ECF No. 38.) The Ninth Circuit concluded that "[t]he ALJ's failure to specify the reasons for discrediting Holcomb's symptom testimony was reversible error," and that the ALJ also erred by disregarding competent lay testimony without comment. The Ninth Circuit remanded the case to the district court "with instructions to remand this case to the ALJ for further determinations consistent with this decision."

////

1

On February 19, 2021, the Ninth Circuit issued its formal mandate pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, such that its judgment entered December 28, 2020 is now in effect.

Accordingly, IT IS HEREBY ORDRED that this matter is remanded for further administrative proceedings consistent with the Ninth Circuit's December 28, 2020 order.

Dated:  February 24, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/holcomb2268.remand

2